**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

UNITED STATES OF AMERICA,

v.

HARVEY ONTAE WILLIAMS, Criminal No. 3:25-cr-168

Defendant.

**ORDER**

For the reasons stated on the record at the sentencing hearing on October 1, 2026, it is hereby ORDERED that DEFENDANT'S MOTION FOR VARIANCE SENTENCE (ECF No. 36) is denied and the Government's oral motion to dismiss the original indictment is granted. It is further ORDERED that Defendant's objection to Presentence Report as set out in his POSITION ON SENTENCING (ECF No. 35) is overruled.

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 1, 2026